394 A.2d 612

Commonwealth v. James Miller, Appellant.

Argued June 12, 1978.  Joel S. Moldovsky, for appellant;  S. Finkelstein, Assistant District Attorney, with him Edward G. Rendell, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

394 A.2d 612

Commonwealth v. Mills, Appellant.

Argued June 12, 1978. Leonard J. Gajewski, for appellant;  Charles M. Guthrie, Jr., Assistant District Attorney, with him J. Michael Morrissey, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.